IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| BRENDA VAGLE, | § | |
| | § | No.   482, 2018 |
| Respondent Below, | § | |
| Appellant, | § | Court Below: Family Court |
| | § | of the State of Delaware |
| v. | § | in and for Sussex County |
| | § | |
| DIVISION OF FAMILY SERVICES | § | File Nos.  CS18-05-09TS |
| and OFFICE OF CHILD | § | CS18-05-10TS |
| ADVOCATE | § | |
| | § | Petition Nos. 18-16216 |
| Petitioners Below, | § | 18-16225 |
| Appellees. | § | |

Submitted:   March 6, 2019
Decided:   April 22, 2019

Before **STRINE**, Chief Justice; **VALIHURA** and **VAUGHN**, Justices.

## O R D E R

On this 22nd day of April 2019, the Court having considered this matter on the briefs filed by the parties has determined that the final judgment of the Family Court should be affirmed on the basis of and for the reasons assigned by the Family Court in its opinion dated August 21, 2018.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Family Court is **AFFIRMED.**

BY THE COURT:

/s/   James T. Vaughn, Jr.
Justice